# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CHRISTY HOSTETLER AND
MAGDALENA HOSTETLER,

          Respondents

          v.

LANA LAUGHBAUM,

          Petitioner

: No. 40 WM 2018
:
: Application of Lana Laughbaum for
: Emergency Exercise of King's Bench
: Power or Extraordinary Jurisdiction
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 27th day of April, 2018, upon consideration of the Application of Lana Laughbaum for Emergency Exercise of King's Bench Power or Extraordinary Jurisdiction, Respondents' response thereto, and the trial court's subsequent order, the April 13, 2018 Order entered by Justice Todd temporarily staying the trial court's March 15, 2018 order pending this Court's review is **VACATED**, and the Application is **DENIED**.